IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PACIFIC LIFE INSURANCE COMPANY                                    PLAINTIFF

V.                              3:21CV00143 JM

KATIE BLEVINS                                                     DEFENDANT

## ORDER

Pending is the Defendant's Motion to Compel. Defendant's motion is granted regarding Requests for Admissions Numbers 8, 9, and 10. The Court finds Plaintiff's responses to Requests for Admissions Numbers 8, 9, and 10 to be insufficient. Plaintiff is directed to admit, deny, or provide the Court a more substantial explanation of the reasons it is unable to obtain an answer. As for Interrogatories Number 2 and 3 and Request for Production Number 2, the motion is granted in part and denied in part. Witnesses which are not listed in the response will not be allowed to testify at trial. Exhibits which are not listed in the response or provided to Defendant will not be admitted at trial.

Accordingly, the Motion to Compel (ECF No. 52) is GRANTED IN PART and DENIED IN PART.

IT IS SO ORDERED this 26th day of July, 2022.

_____
James M. Moody Jr.
United States District Judge