IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PACIFIC LIFE INSURANCE COMPANY                                              PLAINTIFF

v.                                     CASE NO. 3:21-CV-00143 JM

KATIE BLEVINS                                                               DEFENDANT

**DEFENDANT'S MOTION TO PARTICIPATE IN VOIR DIRE OF JURY PANEL**

COMES the Defendant/Counerclaimant, Katie Blevins ("Blevins" or "Defendant"), by and through her attorneys, Owens, Mixon, Heller & Smith, P.A., and Lyons & Cone, P.L.C., and for her Motion to Participate in Voir Dire of Jury Panel, states:

1.      Under Fed. R. Civ. P. 47(a), Defendant requests that this Court permit Defendant's attorneys' examination of prospective jurors.

2.      Defendant anticipates that this Court will examine prospective jurors under Fed. R. Civ. P. 47(a).  Upon completion of this Court's examination, Defendant requests that this Court permit Defendant's attorneys make a further inquiry through additional questions. Defendant also requests that this Court allow Defendant's attorneys one (1) hour to question jurors.

WHEREFORE, premises considered, the Defendant/Counterclaimant, Katie Blevins, prays as follows:

      (a)    that this Court grant Defendant's Motion to Participate in Voir Dire of Jury Panel; and;

      (b)    for all other proper relief to which this Defendant and Counterclaimant may be entitled.

                            OWENS, MIXON, HELLER & SMITH, P.A.
                            P. O. Box 4015
                            Jonesboro, AR 72403
                            Phone: (870) 336-6505
                            Fax: (870) 336-6506
                            aheller@omglawfirm.com

                            LYONS & CONE, P.L.C.
                            P. O. Box 7044
                            Jonesboro, AR 72403
                            Phone:  (870) 972-5440
                            Fax: (870) 972-1270
                            jlyons@leclaw.com
                            dhuerkamp@leclaw.com

                            By: _____
                            State Bar No. 2021305
                            Attorneys for Defendant and
                            Counterclaimant

## Certificate of Service

The undersigned attorney hereby certifies that on August 12, 2022, he has caused to be filed the foregoing pleading via electronic CM/ECF filing and whereby notice is to be provided to the following attorneys of record for Plaintiff electronically by the Court using the CM/ECF system or by U.S. Mail for those who are not electronically notified:

Mr. Paul Waddell
Mr. Samuel T. Waddell
Waddell, Cole & Jones, PLLC
P. O. Box 1700
Jonesboro, AR 72403

Mr. Thomas J. Butler
Mr. Joshua Robert Hess
Maynard, Cooper & Gale, P.C.
Regions/Harbert Plaza
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203-2618

Dalton Huerkamp, Ark. Bar No. 2021305
Attorney for Defendant and
Counterclaimant
LYONS & CONE, P.L.C.
P. O. Box 7044
Jonesboro, AR 72403
(870) 972-5440
dhuerkamp@leclaw.com

F:\WP60\Blevins, Katie\Blevins.Motion.Voir.Dire.DH.REV.wpd