IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PACIFIC LIFE INSURANCE COMPANY                                          PLAINTIFF

v.                                    CASE NO. 3:21-CV-00143 JM

KATIE BLEVINS                                                           DEFENDANT

ORDER

Pending is Pacific Life Insurance Company's ("Pacific Life") motion to strike the Second Amended Counterclaim filed by Defendant Katie Blevins. (Doc. No. 76). Blevins has filed a response to which Pacific Life has replied. For the reasons stated below, the motion to strike is granted.

The procedural history behind this motion is convoluted, primarily because of the Court's decision to treat a motion filed by Blevins as something other than what it was. On June 7, 2022 Blevins filed a motion for leave to amend her response to Pacific Life's motion to dismiss the bad faith claim of Blevins's counterclaim. In that motion, Blevins included new allegations to bolster her bad faith claim. On August 19, 2022, the Court entered an order that treated Blevins's motion to amend her response as a motion for leave to amend her counterclaim pursuant to Rule 15 of the Federal Rules of Civil Procedure and granted leave to amend. Blevins filed her Second Amended Counterclaim on August 23, 2022. That pleading included significantly more allegations and alterations to the Amended Counterclaim than were put forth in the motion for leave to amend. (Doc. 77-1.)

Allowing Blevins to file this second amended counterclaim put Pacific Life at an extreme disadvantage and will cause Pacific Life to suffer unfair prejudice. This case is set for trial on November 7, 2022. The pleading makes new allegations that Pacific Life has not had the

opportunity to explore in discovery.  Pacific Life is correct to point out that had Blevins filed a motion pursuant to Rule 15, Pacific Life would have been able to file a response in opposition.  Also, Blevins would have been required by Local Rule 5.5(e) to attach a copy of her proposed Second Amended Counterclaim to her motion leaving no question as to what amendments Blevins was seeking to make and what the Court was permitting.  The Amended Final Scheduling Order filed on April 28, 2022 set the deadline to seek leave to amend pleadings on June 30, 2022 and established a discovery deadline of August 1, 2022.  The Second Amended Counterclaim was filed after both of these deadlines, which was also on the day before the motions for summary judgment were due to be filed.

For these reasons, the Court is reconsidering its decision to grant Blevins leave to file a second amended counterclaim—which relief she did not request—at this late stage in the proceedings.  Pacific Life's motion to strike the second amended counterclaim (Doc. No. 76) is GRANTED.  This leaves Blevins's amended counterclaim filed on March 21, 2022 (Doc. 18) as the operative counterclaim, with the bad faith claim in that pleading having been dismissed by this Court's order of August 19, 2022.

IT IS SO ORDERED this 30th day of September, 2022.

_____
United States District Court Judge