### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

PACIFIC LIFE INSURANCE COMPANY                                               PLAINTIFF

v.                                            NO. 3:21-cv-00143-JM

KATIE BLEVINS, *et al.*                                                     DEFENDANTS

### ORDER

The jury trial scheduled to begin Monday, March 6, 2023, is canceled and this case is removed from the trial docket.

IT IS SO ORDERED this 23rd day of February, 2023.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE