IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PACIFIC LIFE INSURANCE COMPANY            PLAINTIFF

v.            CASE NO. 3:21-CV-00143 JM

KATIE BLEVINS            DEFENDANT

Judgment

Pursuant to the order granting Plaintiff's motion for summary judgment entered this same day, the complaint is dismissed with prejudice.

Dated this 15th day of June, 2023.

_____
United States District Court Judge

06262781.1            1